UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOHN E. MCKNIGHT,

                           Plaintiff,                **ORDER**

    -against-                               24 Civ. 6907 (KMK)(JCM)

MARTIN O'MALLEY,

                           Defendant.
-------------------------------------------------------------X

       Pursuant to the Court's Order, Plaintiff's reply to the Commissioner's Opposition was due May 27, 2025. (Docket No. 9). As of today, no reply has been filed. If the Plaintiff does not submit a reply by June 13, 2025, the Court will deem this matter fully submitted.

Dated: June 5, 2025
       White Plains, New York

                                                **SO ORDERED:**

                                                _____
                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge