**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
JOHN M.,

        Plaintiff,                24 **CIVIL** 6907 (KMK)

    -against-                        **JUDGMENT**

FRANK BISIGNANO,
ACTING COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

        Defendant.
-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Order Adopting Report and Recommendation dated October 24, 2025, the R&R is adopted in its entirety. Accordingly, this case is closed.

**Dated:**  New York, New York

    October 24, 2025

                                                    **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                      **BY:**
                                                      **Deputy Clerk**